No. 01–10474. BIAGAS v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 01–10479. TODD v. SCHOMIG, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 01–10481. MILLER v. COURT OF APPEAL OF CALIFORNIA, SECOND APPELLATE DISTRICT (CALIFORNIA, REAL PARTY IN INTEREST). Sup. Ct. Cal. Certiorari denied.

No. 01–10482. MUSGROVE v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–10483. McCURRY v. DAVIS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–10485. ALVARADO v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–10488. FLETCHER v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 01–10489. FORD v. CURTIS. C. A. 6th Cir. Certiorari denied.

No. 01–10490. IRISH v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 01–10494. HOYTE-MESA v. ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. 7th Cir. Certiorari denied.

No. 01–10496. GIVENS v. THOMPSON, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–10497. KIPP v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 01–10498. SMEDLEY v. PIERCE. C. A. 11th Cir. Certiorari denied.

No. 01–10500. WINCHESTER v. DEES, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.